IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| MARIA CRUZ PARRA | * | |
| | * | |
| Plaintiff, | * | Case No. 8:11-cv-03379-AW |
| | * | |
| v. | * | |
| | * | |
| MEDICREDIT, INC. | * | |
| | * | |
| Defendant | * | |

NOTICE OF VOLUNTARY DISMISSAL

COME NOW MARIA CRUZ PARRA (the "Plaintiff"), and move this Court to dismiss this civil action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted this 1st day of February, 2012

/s/ Robinson S. Rowe
Robinson S. Rowe, Bar No. 27752
5906 Hubbard Drive
Rockville, MD 20852
TEL: 301-770-4710 / FAX: 301-770-4711

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February, 2012, a copy of the foregoing Notice of Voluntary Dismissal was served via the Court's electronic filing system on the following parties.

Kenneth E. Chase
1300 Eye Street, NW
Suite 1050E
Washington, DC 20005

/s/ Robinson S. Rowe